NO. 06-14-00106-CV

IN THE SIXTH COURT OF APPEALS

TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/9/2015 9:42:31 AM
DEBBIE AUTREY
Clerk

PETER G. MILNE, INDIVIDUALLY, PETER G. MILNE, P.C. &
HEALY, MILNE & ASSOCIATES, P.C.,

*Appellants,*

V.

VAL RYAN & JOY RYAN,

*Appellees.*

Appeal from the 4th Judicial District Court of Rusk County, Texas
The Honorable J. Clay Gossett, Presiding

# APPENDIX TO BRIEF OF APPELLEES

**TAB**

2001 Agreed Permanent Injunction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A

Hicks' Amended Answers to Plaintiffs' 1st Interrogatories . . . . . . . . . . . B

2001 Agreed Permanent Injunction of the 114th Judicial District Court

(1 CR at 118-21)

TAB B

Hicks' Amended Answers to Plaintiffs' 1st Interrogatories

(2 CR at 269-309)